UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEORGIO MILLER,<br><br>            Plaintiff,<br><br>    v.<br><br>KINGS COUNTY, *et al.*,<br><br>            Defendants. | Case No. 1:24-cv-00668-EPG (PC)<br><br>ORDER TO KINGS COUNTY SHERRIFF'S OFFICE TO SUBMIT CERTIFIED PRISON ACCOUNT STATEMENT |

The Court is in receipt of a Motion to Proceed in Forma Pauperis filed by Plaintiff Jeorgio Miller. (ECF No. 2). Plaintiff is currently confined in the Kings County Jail under the custodian of the Sheriff.[1] While Plaintiff's motion includes a statement of his inmate cash account at Kings County Jail, the statement is dated February 13, 2024. (*See* ECF No. 2 at 5). Accordingly, the Kings County Sheriff's Office is DIRECTED to submit a certified inmate cash account statement for Jeorgio Miller, #18334, to the Clerk's Office within 72 business hours of this notification. The inmate cash account statement must reflect the activity for the last six months. Please email the certified account statement in pdf format to FilingsFresno@caed.uscourts.gov with the case number in the subject line as reflected on this notification.

---

[1] It is unclear to the Court whether Plaintiff is a pretrial detainee awaiting trial or an inmate awaiting transfer to a correctional facility.

1

The Clerk of Court is directed to serve a copy of this order on the appropriate official at the Kings County Sherriff's Office.

IT IS SO ORDERED.

Dated:  **June 14, 2024**                        /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE